IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 15-23112-CMB** |
| **Celeste L. Miller** | : | **CHAPTER 7** |
| Debtor | : | |
| | : | |
| **Celeste L. Miller** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **All Parties in Interest** | : | |
| **Natalie Lutz Cardiello** | : | |
| **Chapter 7 Trustee,** | : | |
| Respondents | : | |

### NOTICE REGARDING MODIFICATION OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, Paul W. McElrath, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Respectfully submitted by,

Dated: July 30, 2019

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
Attorney for Debtors
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
412-765-3606
Fax: 412-765-1917
Email: paulm@mcelrathlaw.com

**Added to Creditor Matrix**

Caine & Weber
PO Box 55848
Sherman Oaks CA 91413-0000

Credit Management Co
2121 Noblestown Rd
Pittsburgh PA 15205-0000

FlexShopper
2650 N Military Trail
Boca Raton FL 33431-0000

Guillermo Borrero and Assoc.
575 Coal Valley RD
Ste. 461
Clairton PA 15025-0000

Smart Tuition
10 Woodbridge Center Ste 200
Woodbridge NJ 07095-0000

T-Mobile
PO Box 742596
Cincinnati OH 45274-0000