## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-23112-CMB |
| **Celeste L. Miller** | : | CHAPTER 7 |
| Debtor | : | |
| | : | Related to Doc No. 138, 137, 112 |
| **Celeste L. Miller** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **All Parties of Interest,** | : | |
| **Natalie Lutz Cardiello** | : | |
| **Chapter 7 Trustee,** | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE PER TECT ORDER DATED JULY 31, 2019, AMENDED SCHEDULE F, AND 341 MEETING OF CREDITORS NOTICE

I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on August 2, 2019 I served a true copy per the text Order dated July 31, 2019, Amendment to F, and the 341 Meeting of Creditors Notice, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: August 2, 2019

By:    /s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 1521
Tel: 412.765.3606
Fax: 412.765.1917

**MATRIX**
**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Celeste L. Miller
2312 Olympia Street
McKeesport, PA 15132

Natalie Lutz Cardiello
Chapter 7 Trustee
107 Huron Drive
Carnegie, PA 15106

Caine & Weber
PO Box 55848
Sherman Oaks CA 91413-0000

Credit Management Co
2121 Noblestown Rd
Pittsburgh PA 15205-0000

FlexShopper
2650 N Military Trail
Boca Raton FL 33431-0000

Guillermo Borrero and Assoc.
575 Coal Valley RD
Ste. 461
Clairton PA 15025-0000

Smart Tuition
10 Woodbridge Center Ste 200
Woodbridge NJ 07095-0000

T-Mobile
PO Box 742596
Cincinnati OH 45274-0000