# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
  Celeste L. Miller                   )
                                      )
                                      )   **Bankruptcy No.** 15-23112-CMB
                                      )
                                      )
**Filing Party Name and Address:**    )
Paul W. McElrath, Jr.                 )
McElrath Legal Holdings, LLC.         )
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

### Request for Filing Fee

An **Amended Schedule E/F** was filed in the above-referenced case on **July 30, 2019**.

The proper filing fee did not accompany this document ("NFR" was entered in the Receipt Number box during the filing of the amendment, thus bypassing the payment of the fee electronically). A check in the amount of $**31.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

                                    Michael R. Rhodes, Clerk
                                    United States Bankruptcy Court
                                    Western District of Pennsylvania
                                    5414 U.S. Steel Tower
                                    600 Grant Street
                                    Pittsburgh, PA 15219

Date:  August 5, 2019              By:  Lee Katsafanas
                                    Deputy Clerk

---

**Instructions for Deputy Clerk:**          Filing Fee Paid:  $
Original and copy to filing party            Receipt No.
Copy attached to document
Copy to Financial Administrator

                                                                    #92e-I